IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARTURO DE LEON,

        Plaintiff,

  v.

RECONTRUST COMPANY, N.A., et al.,

        Defendants.
_____/

No. C 12-00845 RS

**ORDER DISMISSING CASE WITH PREJUDICE**

On June 22, 2012, the Court ordered plaintiff Arturo De Leon to submit proof of service of Recontrust Company, N.A., SCME Mortgage Banker, Inc., Countrywide Home Loans, and BC Home Loan Servicing, Inc., within twenty days or the case would be automatically dismissed. As plaintiff has not complied with this order, this matter is hereby dismissed with prejudice. The Clerk of Court shall close the case.

IT IS SO ORDERED.

Dated: 7/19/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-845 RS
DISMISSAL